Before Division One: JOSEPH M. ELLIS, Presiding Judge, JAMES E. WELSH, Judge and ALOK AHUJA, Judge.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, MARK D. PFEIFFER, Judge and KAREN KING MITCHELL, Judge.

## *ORDER*

PER CURIAM:

Anthony D. Carter appeals from the denial of his Rule 24.035 motion for postconviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the motion court's ruling is based on findings of fact that are not clearly erroneous and that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

## *ORDER*

PER CURIAM:

Thomas McBride appeals the judgment of the motion court denying his Rule 24.035 motion for postconviction relief without an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).

**STATE of Missouri, Plaintiff–Respondent,**

v.

**Craig Lamar TURNER, Defendant–Appellant.**

No. SD 31446.

Missouri Court of Appeals,
Southern District,
Division One.

June 8, 2012.

**Thomas R. McBRIDE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 74113.

Missouri Court of Appeals,
Western District.

June 5, 2012.

Frederick J. Ernst, for Appellant.

John M. Reeves, Jr., for Respondent.